FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Bristol-Warren Regional School Committee | ) | |
| v. | ) | Case No. 04-521 ML |
| Melissa DaSilva, as parent and next friend | ) | |
| Of C.C.; alias The Rhode Island Board of | ) | |
| Regents for Elementary and Secondary | ) | |
| Education | | |

AGREED MOTION FOR EXTENSION OF TIME

By agreement of the parties, counsel for the Parent is granted an extension of time to June 30, 2006, to file her Motion for Attorney's Fees and Costs. Counsel for Plaintiff shall be granted ten days within which to reply.

Respectfully submitted,
Melissa DaSilva,
By her attorneys,

Carol J. King

Carol J. King (#5344)
Wallace Law Office, P.C.
One Post Office Square
Sharon. MA 02067
781/793-0575

Darlene K. Alt (#6345)
Raymond M. Ripple(#6489)
Edwards, Angell, Palmer, &
Dodge,LLP
2800 Financial Plaza
Providence, RI 02903
401/274-9200

**GRANTED**

Mary M. Lisi

**Mary M. Lisi** 6/19/06
**U.S.D.J.**

Agreed to by:

Andrew Henneous /permit CJK

Andrew Henneous (#5935)
Counsel for Plaintiff
Brennan, Recupero,
Cascione, Scungio,&
McAllister, LLP
362 Broadway
Providence, RI 02909
401/ 453-2300

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Agreed Motion was served upon all parties by regular U.S. Mail, postage prepaid, this 15th day of June, 2006.

Michelle Rowan