## DaSilva/ Connors

| Date Worked | Employee | Work Code | Work Description | Billable Hours | Billing Rate | Value |
|---|---|---|---|---|---|---|
| 1/30/2004 | King, Carol | Meeting out of office | (3.0) | 0 | $225.00 | $ - |
| 1/30/2004 | King, Carol | Review documents | part of records | 2.5 | $225.00 | $ 562.50 |
| 2/2/2004 | King, Carol | Drafting | correspondence | 0.2 | $225.00 | $ 45.00 |
| 2/2/2004 | King, Carol | Research | schools and truancy court | 0.5 | $225.00 | $ 112.50 |
| 2/2/2004 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ 22.50 |
| 2/2/2004 | King, Carol | Meeting out of office | w/ Director of East Bay Collaborative | 0.5 | $225.00 | $ 112.50 |
| 2/3/2004 | King, Carol | Telephone call | with ed consultant | 0.2 | $225.00 | $ 45.00 |
| 2/9/2004 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ 22.50 |
| 2/11/2004 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ 22.50 |
| 2/12/2004 | King, Carol | Appear in court | | 1.5 | $225.00 | $ 337.50 |
| 2/19/2004 | King, Carol | Drafting | correspondence | 0.5 | $225.00 | $ 112.50 |
| 2/19/2004 | King, Carol | Analyze documents | court file | 2 | $225.00 | $ 450.00 |
| 2/20/2004 | King, Carol | Case Consult | with Joel Ristuccia | 0.2 | $225.00 | $ 45.00 |
| 2/24/2004 | King, Carol | Research | on juvenile court proceedings | 0.8 | $225.00 | $ 180.00 |
| 2/24/2004 | King, Carol | Telephone call | with Marcie L | 0.2 | $225.00 | $ 45.00 |
| 2/24/2004 | King, Carol | Telephone call | with magistrate | 0.1 | $225.00 | $ 22.50 |
| 2/25/2004 | King, Carol | Telephone call | with Missy | 0.3 | $225.00 | $ 67.50 |
| 2/26/2004 | King, Carol | Prepare for court | prepare testimony for truancy court | 0.2 | $225.00 | $ 45.00 |
| 3/8/2004 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ 22.50 |
| 3/8/2004 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ 22.50 |
| 3/8/2004 | King, Carol | Telephone call | with Joel Ristuccia | 0.3 | $225.00 | $ 67.50 |
| 3/9/2004 | King, Carol | Office visit | two conferences with clients | 2.4 | $225.00 | $ 540.00 |
| 3/9/2004 | King, Carol | Prepare for court | | 0.4 | $225.00 | $ 90.00 |
| 3/11/2004 | King, Carol | Prepare for court | and draft pleadings | 3 | $225.00 | $ 675.00 |
| 3/18/2004 | King, Carol | Telephone call | with school attorney | 0.3 | $225.00 | $ 67.50 |
| 3/18/2004 | King, Carol | Telephone call | with Marcie | 0.1 | $225.00 | $ 22.50 |
| 3/18/2004 | King, Carol | Prepare correspondence | | 0.1 | $225.00 | $ 22.50 |
| 3/18/2004 | King, Carol | Telephone call | calls with Missy, consultant and attorney | 0.4 | $225.00 | $ 90.00 |
| 3/22/2004 | King, Carol | Telephone call | with attorney and review correspondence | 0.4 | $225.00 | $ 90.00 |
| 3/22/2004 | King, Carol | Telephone call | with school atty | 0.1 | $225.00 | $ 22.50 |
| 3/23/2004 | King, Carol | Telephone call | with Joel Ristuccia | 0.1 | $225.00 | $ 22.50 |
| 3/23/2004 | King, Carol | Telephone call | with Dr. Doucette and Marcie | 0.9 | $225.00 | $ 202.50 |
| 3/24/2004 | King, Carol | Review documents | policies, draft correspondence | 1 | $225.00 | $ 225.00 |
| 4/1/2004 | King, Carol | Telephone call | with Joel Ristuccia | 0.1 | $225.00 | $ 22.50 |
| 4/2/2004 | King, Carol | Telephone call | calls with Marcie and CJ | 0.1 | $225.00 | $ 22.50 |
| 4/6/2004 | King, Carol | Telephone call | with court, school atty, draft pleadings | 0.4 | $225.00 | $ 90.00 |
| 4/7/2004 | King, Carol | Appear in court | to court to continue case | 1 | $225.00 | $ 225.00 |
| 4/8/2004 | King, Carol | Conference | with Joel Ristuccia | 1 | $225.00 | $ 225.00 |
| 5/4/2004 | King, Carol | Drafting | hearing request | 4 | $225.00 | $ 900.00 |
| 5/4/2004 | King, Carol | Review file | for missing documents | 0.7 | $225.00 | $ 157.50 |
| 5/6/2004 | King, Carol | Prepare for court | | 2 | $225.00 | $ 450.00 |
| 5/7/2004 | King, Carol | Appear in court | | 3.8 | $225.00 | $ 855.00 |
| 5/8/2004 | King, Carol | Meeting out of office | with client (2.5) | 1 | $225.00 | $ 225.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/10/2004 | King, Carol | Review documents | proposed IEP | 0.3 | $225.00 | $ | 67.50 |
| 5/11/2004 | King, Carol | Telephone call | with school attorney | 0.3 | $225.00 | $ | 67.50 |
| 5/11/2004 | King, Carol | Telephone call | with Attorney Henneous | 0.1 | $225.00 | $ | 22.50 |
| 5/12/2004 | King, Carol | Analyze documents | and draft correspondence | 0.5 | $225.00 | $ | 112.50 |
| 5/13/2004 | King, Carol | Prepare for court | testimony, exhibits | 2 | $225.00 | $ | 450.00 |
| 5/14/2004 | King, Carol | Appear in court | | 4 | $225.00 | $ | 900.00 |
| 5/18/2004 | King, Carol | Review file | review tape of IEP meeting | 0.5 | $225.00 | $ | 112.50 |
| 5/18/2004 | King, Carol | Telephone call | with Joel Ristuccia | 0.2 | $225.00 | $ | 45.00 |
| 5/19/2004 | King, Carol | Telephone call | from the Hearing Officer | 0.1 | $225.00 | $ | 22.50 |
| 5/20/2004 | King, Carol | Telephone call | to Hearing Officer | 0.1 | $225.00 | $ | 22.50 |
| 5/25/2004 | King, Carol | Telephone call | with Marcie L. | 0.1 | $225.00 | $ | 22.50 |
| 5/26/2004 | King, Carol | Office visit | with Joel Ristuccia | 0.5 | $225.00 | $ | 112.50 |
| 5/26/2004 | King, Carol | Online research | | 0.8 | $225.00 | $ | 180.00 |
| 5/26/2004 | King, Carol | Telephone call | with client | 0.1 | $225.00 | $ | 22.50 |
| 6/7/2004 | King, Carol | Telephone call | with Hearing Officer | 0.1 | $225.00 | $ | 22.50 |
| 6/9/2004 | King, Carol | Pre-hearing conference | analyze records, make phone calls (6.5) | 5.5 | $225.00 | $ | 1,237.50 |
| 6/10/2004 | King, Carol | Online research | (2.5) | 1 | $225.00 | $ | 225.00 |
| 6/10/2004 | King, Carol | Drafting | correspondence and call with attorney | 0.5 | $225.00 | $ | 112.50 |
| 6/15/2004 | King, Carol | Telephone call | w/ Joe R., Andrea Kotula; draft corr; review records | 2.5 | $225.00 | $ | 562.50 |
| 6/22/2004 | King, Carol | Attendance at meeting | Attend prehearing; visit school | 4.5 | $225.00 | $ | 1,012.50 |
| 6/23/2004 | King, Carol | Telephone call | w/ Joel Ristuccia | 0.4 | $225.00 | $ | 90.00 |
| 6/24/2004 | King, Carol | Prepare chronology | Trail prep chronology | 1.5 | $225.00 | $ | 337.50 |
| 6/25/2004 | King, Carol | Telephone call | w/ educational specialist | 0.3 | $225.00 | $ | 67.50 |
| 6/25/2004 | King, Carol | Prepare for court | Trial prep | 1.6 | $225.00 | $ | 360.00 |
| 6/25/2004 | King, Carol | Telephone call | w/ Missy | 0.1 | $225.00 | $ | 22.50 |
| 6/28/2004 | King, Carol | Prepare for hearing | Hearing prep | 0.5 | $225.00 | $ | 112.50 |
| 6/28/2004 | King, Carol | Telephone call | w. Andrew Henneous | 0.1 | $225.00 | $ | 22.50 |
| 6/28/2004 | King, Carol | Review records | review and copy records for eval | 3.7 | $225.00 | $ | 832.50 |
| 6/29/2004 | King, Carol | Telephone call | with Amy Tabor | 0.8 | $225.00 | $ | 180.00 |
| 6/29/2004 | King, Carol | Telephone call | with Missy DaSilva | 0.2 | $225.00 | $ | 45.00 |
| 6/29/2004 | King, Carol | Drafting | correspondence | 1 | $225.00 | $ | 225.00 |
| 6/29/2004 | King, Carol | Telephone call | w/ Sandy Jacobi | 0.8 | $225.00 | $ | 180.00 |
| 6/30/2004 | King, Carol | Research | | 0.8 | $225.00 | $ | 180.00 |
| 6/30/2004 | King, Carol | Telephone call | calls to schools and witness | 0.5 | $225.00 | $ | 112.50 |
| 7/1/2004 | King, Carol | Telephone call | with Dr. Lubiner, notes to file | 1 | $225.00 | $ | 225.00 |
| 7/1/2004 | King, Carol | Meeting out of office | with Joel Ristuccia and C.J. | 0.2 | $225.00 | $ | 45.00 |
| 7/2/2004 | King, Carol | Prepare for court | and exhibit prep | 2.5 | $225.00 | $ | 562.50 |
| 7/6/2004 | King, Carol | Prepare for | prepare exhibits | 2.3 | $225.00 | $ | 517.50 |
| 7/6/2004 | King, Carol | Telephone call | with Dr. Reich at Riverview school | 0.3 | $225.00 | $ | 67.50 |
| 7/6/2004 | King, Carol | Prepare for | prepare testimony | 0.5 | $225.00 | $ | 112.50 |
| 7/6/2004 | King, Carol | Online research | Online Legal Research | 1.2 | $225.00 | $ | 270.00 |
| 7/9/2004 | King, Carol | Hearing Prep | testimony | 2.7 | $225.00 | $ | 607.50 |
| 7/11/2004 | King, Carol | Prepare for | trial prep-closing; CJ direct | 3 | $225.00 | $ | 675.00 |
| 7/12/2004 | King, Carol | Telephone call | with Dr. Pambookian | 0.4 | $225.00 | $ | 90.00 |
| 7/12/2004 | King, Carol | Prepare document | prepare testimony-CJ | 3 | $225.00 | $ | 675.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/12/2004 | King, Carol | Telephone call | potential placements | 0.4 | $225.00 | $ | 90.00 |
| 7/13/2004 | King, Carol | Prepare document | CJ direct exam, meet with clients to review Joel's report and direct exam | 5.5 | $225.00 | $ | 1,237.50 |
| 7/14/2004 | King, Carol | Prepare document | direct for Missy, review with client, revise, call with Marcie, prepare and revise direct, listen to tape of IEP meeting (11.5) (meeting with Marcie 1.4, calls with her .4) | 8.5 | $225.00 | $ | 1,912.50 |
| 7/15/2004 | King, Carol | Meeting out of office | with client | 0.3 | $225.00 | $ | 67.50 |
| 7/15/2004 | King, Carol | Hearing | meet with Hearing Officer and counsel | 3.8 | $225.00 | $ | 855.00 |
| 7/15/2004 | King, Carol | Travel | to/from hearing | 0.5 | $225.00 | $ | 112.50 |
| 7/15/2004 | King, Carol | Review documents | review trial prep; revise opening; review exhibits; revise direct exams based on tape contents and review with witnesses | 3.4 | $225.00 | $ | 765.00 |
| 7/15/2004 | King, Carol | Telephone call | calls with Missy and Marcie | 0.6 | $225.00 | $ | 135.00 |
| 7/16/2004 | King, Carol | Prepare document | work on summary judgment motion | 1.7 | $225.00 | $ | 382.50 |
| 7/16/2004 | King, Carol | Online research | | 0.8 | $225.00 | $ | 180.00 |
| 7/18/2004 | King, Carol | Prepare document | cross exam (Ana Medeiros)(3.4) | 3 | $225.00 | $ | 675.00 |
| 7/19/2004 | King, Carol | Research | RI Dept of Education's policy on ADD | 0.6 | $225.00 | $ | 135.00 |
| 7/20/2004 | King, Carol | Review correspondence | and respond to correspondence | 0.1 | $225.00 | $ | 22.50 |
| 7/20/2004 | King, Carol | Research | | 0.6 | $225.00 | $ | 135.00 |
| 7/21/2004 | King, Carol | Telephone call | with witnesses | 0.5 | $225.00 | $ | 112.50 |
| 7/21/2004 | King, Carol | Prepare document | prepare testimony for Stafford, call | 0.4 | $225.00 | $ | 90.00 |
| 7/21/2004 | King, Carol | Research | evidence issues | 0.4 | $225.00 | $ | 90.00 |
| 7/21/2004 | King, Carol | Drafting | correspondence to atty, hearing officer, Dr. Kotula | 0.6 | $225.00 | $ | 135.00 |
| 7/21/2004 | King, Carol | Review documents | review and index school exhibits | 0.8 | $225.00 | $ | 180.00 |
| 7/21/2004 | King, Carol | Review file | compare school exhibits to record, supplement parent's exhibits | 1.3 | $225.00 | $ | 292.50 |
| 7/22/2004 | King, Carol | Telephone call | with Elaine Stafford | 0.2 | $225.00 | $ | 45.00 |
| 7/23/2004 | King, Carol | Telephone call | with Andrew, prep cross Howlett | 0.5 | $225.00 | $ | 112.50 |
| 7/23/2004 | King, Carol | Drafting | send out info package to schools | 1.2 | $225.00 | $ | 270.00 |
| 7/23/2004 | King, Carol | Prepare document | prep cross for Mello, Teves, Crowell | 1 | $225.00 | $ | 225.00 |
| 8/6/2004 | King, Carol | Telephone call | with St. Andrews admissions | 0.2 | $225.00 | $ | 45.00 |
| 8/7/2004 | King, Carol | Meeting out of office | with Ms. Stafford | 2 | $225.00 | $ | 450.00 |
| 8/9/2004 | King, Carol | Research | and drafting Motion for summary judgement | 0.8 | $225.00 | $ | 180.00 |
| 8/10/2004 | King, Carol | Drafting | correspondence | 1 | $225.00 | $ | 225.00 |
| 8/10/2004 | King, Carol | Prepare document | complete Motion for Summary Judgement | 1.5 | $225.00 | $ | 337.50 |
| 8/11/2004 | King, Carol | Telephone call | calls with Dr. Pambookian and Landmark; draft correspondence | 0.4 | $225.00 | $ | 90.00 |
| 8/12/2004 | King, Carol | Drafting | response to objection | 1 | $225.00 | $ | 225.00 |
| 8/16/2004 | King, Carol | Prepare document | testimony (Kotula, Ristuccia) | 2 | $225.00 | $ | 450.00 |
| 8/17/2004 | King, Carol | Meeting out of office | with Andrea Kotula | 2.5 | $225.00 | $ | 562.50 |
| 8/17/2004 | King, Carol | Analyze documents | and prepare testimony | 4 | $225.00 | $ | 900.00 |
| 8/18/2004 | King, Carol | Telephone call | with Joel Ristuccia | 0.9 | $225.00 | $ | 202.50 |
| 8/19/2004 | King, Carol | Appear in court | for trial | 4.5 | $225.00 | $ | 1,012.50 |
| 8/20/2004 | King, Carol | Review documents | review new exhibit books, analyze, prepare cross exams (11.0) | 7 | $225.00 | $ | 1,575.00 |
| 8/23/2004 | King, Carol | Telephone call | with Sharon Jermain | 0.1 | $225.00 | $ | 22.50 |
| 8/24/2004 | King, Carol | Prepare for hearing | more hearing prep (7.0); meet with clients (1.5) | 5.5 | $225.00 | $ | 1,237.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/25/2004 | King, Carol | Hearing | and post hearing meeting | 5.8 | $225.00 | $ | 1,305.00 |
| 8/26/2004 | King, Carol | Strategy conference | with Andy and Susan | 1 | $225.00 | $ | 225.00 |
| 8/27/2004 | King, Carol | Prepare document | work on closing argument, prep | 2.6 | $225.00 | $ | 585.00 |
| 8/27/2004 | King, Carol | Telephone call | with school attorney and BICO school | 0.3 | $225.00 | $ | 67.50 |
| 8/30/2004 | King, Carol | Review documents | review and amend propsed stip | 0.2 | $225.00 | $ | 45.00 |
| 9/7/2004 | King, Carol | Telephone call | two calls with Andrew Henneous | 0.2 | $225.00 | $ | 45.00 |
| 9/7/2004 | King, Carol | Attendance at meeting | TEAM Meeting and travel | 3.4 | $225.00 | $ | 765.00 |
| 9/7/2004 | King, Carol | Drafting | begin drafting new motion; research on testing, evals | 1.5 | $225.00 | $ | 337.50 |
| 9/13/2004 | King, Carol | Telephone call | with Joel Ristuccia | 0.2 | $225.00 | $ | 45.00 |
| 9/15/2004 | King, Carol | Telephone call | with Andrew Henneous re: transcript | 0.1 | $225.00 | $ | 22.50 |
| 9/20/2004 | King, Carol | Telephone call | with Andrew Henneous | 0.1 | $225.00 | $ | 22.50 |
| 9/21/2004 | King, Carol | Prepare document | work on closing argument | 1.5 | $225.00 | $ | 337.50 |
| 9/22/2004 | King, Carol | Review correspondence | and respond to correspondence | 0.1 | $225.00 | $ | 22.50 |
| 9/23/2004 | King, Carol | Prepare document | closing argument; review transcript | 1.3 | $225.00 | $ | 292.50 |
| 9/24/2004 | King, Carol | Review documents | transcripts | 2 | $225.00 | $ | 450.00 |
| 9/26/2004 | King, Carol | Review documents | transcripts | 1.9 | $225.00 | $ | 427.50 |
| 9/27/2004 | King, Carol | Prepare document | work on brief | 2.9 | $225.00 | $ | 652.50 |
| 9/27/2004 | King, Carol | Review documents | finish reviewing transcripts | 2.2 | $225.00 | $ | 495.00 |
| 9/28/2004 | King, Carol | Prepare document | working on brief | 6 | $225.00 | $ | 1,350.00 |
| 9/29/2004 | King, Carol | Prepare document | working on brief | 9.5 | $225.00 | $ | 2,137.50 |
| 9/30/2004 | King, Carol | Prepare document | working on brief | 8 | $225.00 | $ | 1,800.00 |
| 10/1/2004 | King, Carol | Prepare document | finish brief | 7.5 | $225.00 | $ | 1,687.50 |
| 10/4/2004 | King, Carol | Review documents | District's agreement | 0.3 | $225.00 | $ | 67.50 |
| 10/8/2004 | King, Carol | Telephone call | on scheduling IEP meeting | 0.1 | $225.00 | $ | 22.50 |
| 10/22/2004 | King, Carol | Drafting | response to IEP | 0.5 | $225.00 | $ | 112.50 |
| 10/25/2004 | King, Carol | Telephone call | with school; draft correspondence | 0.5 | $225.00 | $ | 112.50 |
| 11/2/2004 | King, Carol | Drafting | correspondence to Hearing Officer | 0.5 | $225.00 | $ | 112.50 |
| 11/17/2004 | King, Carol | Strategy conference | with Atty Wallace | 0.5 | $225.00 | $ | 112.50 |
| 11/18/2004 | King, Carol | Telephone call | with Andrew Henneous | 0.2 | $225.00 | $ | 45.00 |
| 11/18/2004 | King, Carol | Drafting | correspondence to Dr. Kotula | 0.2 | $225.00 | $ | 45.00 |
| 12/9/2004 | King, Carol | Telephone call | to Missy; review correspondence | 0.1 | $225.00 | $ | 22.50 |
| 12/10/2004 | King, Carol | Telephone call | school attorney | 0.1 | $225.00 | $ | 22.50 |
| 12/13/2004 | King, Carol | Telephone call | Andrew Henneous | 0.1 | $225.00 | $ | 22.50 |
| 12/16/2004 | King, Carol | Research | Standard of Review, supplementary evidence, attorney fees matter, reasonable | 3.5 | $225.00 | $ | 787.50 |
| 12/23/2004 | King, Carol | Research | legal research | 2 | $225.00 | $ | 450.00 |
| 12/28/2004 | King, Carol | Telephone call | calls re: pro hac vice | 0.3 | $225.00 | $ | 67.50 |
| 12/29/2004 | King, Carol | Telephone call | re: pro hac vice | 0.5 | $225.00 | $ | 112.50 |
| 12/30/2004 | King, Carol | Review records | for psychologist | 0.6 | $225.00 | $ | 135.00 |
| 1/3/2005 | King, Carol | Drafting | correspondence; review file for remand motion | 3.5 | $225.00 | $ | 787.50 |
| 1/3/2005 | King, Carol | Telephone call | with Melissa DaSilva | 0.2 | $225.00 | $ | 45.00 |
| 1/3/2005 | King, Carol | Telephone call | with Dr. Osoweicki | 0.2 | $225.00 | $ | 45.00 |
| 1/4/2005 | King, Carol | Telephone call | with Mike Teves re: Meeting | 0.1 | $225.00 | $ | 22.50 |
| 1/4/2005 | King, Carol | Drafting | correspondence to Atty Alt; draft pleadings | 2.6 | $225.00 | $ | 585.00 |
| 1/4/2005 | King, Carol | Telephone call | with Atty Alt re: Pro Hac Vice | 0.2 | $225.00 | $ | 45.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/4/2005 | King, Carol | Prepare correspondence | correspondence and fax to Dr. Osoweicki | 0.3 | $225.00 | $ | 67.50 |
| 1/6/2005 | King, Carol | Telephone call | with Mike Teves | 0.2 | $225.00 | $ | 45.00 |
| 1/7/2005 | King, Carol | Telephone call | with Darlene Alt | 0.1 | $225.00 | $ | 22.50 |
| 1/11/2005 | King, Carol | Telephone call | with Darlene Alt's office | 0.1 | $225.00 | $ | 22.50 |
| 1/21/2005 | King, Carol | Telephone call | with Missy | 0.2 | $225.00 | $ | 45.00 |
| 1/24/2005 | King, Carol | Telephone call | to High School | 0.1 | $225.00 | $ | 22.50 |
| 1/26/2005 | King, Carol | Drafting | motion for remand | 5.3 | $225.00 | $ | 1,192.50 |
| 1/28/2005 | King, Carol | Telephone call | with Mr. Teve re: scheduling | 0.1 | $225.00 | $ | 22.50 |
| 2/4/2005 | King, Carol | Telephone call | with Mike Teves | 0.1 | $225.00 | $ | 22.50 |
| 2/8/2005 | King, Carol | Telephone call | with CJ | 0.3 | $225.00 | $ | 67.50 |
| 2/10/2005 | King, Carol | Telephone call | calls re: school incident and to Dr. Osoweicki | 0.5 | $225.00 | $ | 112.50 |
| 2/14/2005 | King, Carol | Drafting | pleadings | 1.5 | $225.00 | $ | 337.50 |
| 2/14/2005 | King, Carol | Telephone call | with Missy | 0.3 | $225.00 | $ | 67.50 |
| 2/16/2005 | King, Carol | Telephone call | with CJ re: school program | 0.2 | $225.00 | $ | 45.00 |
| 2/22/2005 | King, Carol | Prepare for meeting | for TEAM meeting | 0.3 | $225.00 | $ | 67.50 |
| 2/24/2005 | King, Carol | Review and revise | pleading | 0.2 | $225.00 | $ | 45.00 |
| 2/28/2005 | King, Carol | Analyze documents | updated records | 1.4 | $225.00 | $ | 315.00 |
| 2/28/2005 | King, Carol | Online research | | 0.7 | $225.00 | $ | 157.50 |
| 2/28/2005 | King, Carol | Drafting | pleading | 2.4 | $225.00 | $ | 540.00 |
| 3/1/2005 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ | 22.50 |
| 3/1/2005 | King, Carol | Prepare document | complete pleading | 0.5 | $225.00 | $ | 112.50 |
| 3/4/2005 | King, Carol | Conference | with Missy | 0.1 | $225.00 | $ | 22.50 |
| 3/7/2005 | King, Carol | Review documents | pleadings | 0.4 | $225.00 | $ | 90.00 |
| 3/7/2005 | King, Carol | Strategy conference | | 0.9 | $225.00 | $ | 202.50 |
| 3/8/2005 | King, Carol | Telephone call | with Learning Prep and Landmark | 0.3 | $225.00 | $ | 67.50 |
| 3/9/2005 | King, Carol | Telephone call | to Landmark | 0.2 | $225.00 | $ | 45.00 |
| 3/9/2005 | King, Carol | Prepare for meeting | | 0.8 | $225.00 | $ | 180.00 |
| 3/9/2005 | King, Carol | Prepare for | TEAM meeting | 0.5 | $225.00 | $ | 112.50 |
| 3/9/2005 | King, Carol | Attendance at meeting | Team meeting, and travel | 2 | $225.00 | $ | 450.00 |
| 3/9/2005 | King, Carol | Research | | 2 | $225.00 | $ | 450.00 |
| 3/9/2005 | King, Carol | Online research | | 1 | $225.00 | $ | 225.00 |
| 3/9/2005 | King, Carol | Drafting | pleadings, review file | 5.5 | $225.00 | $ | 1,237.50 |
| 3/10/2005 | King, Carol | Research | dysgraphia and review reports | 2 | $225.00 | $ | 450.00 |
| 3/15/2005 | King, Carol | Attendance at meeting | with Missy | 0.6 | $225.00 | $ | 135.00 |
| 3/15/2005 | King, Carol | Attendance at meeting | IEP | 2.6 | $225.00 | $ | 585.00 |
| 3/17/2005 | King, Carol | Research | transition | 0.4 | $225.00 | $ | 90.00 |
| 3/17/2005 | King, Carol | Telephone call | two calls with Andrew Henneous | 0.1 | $225.00 | $ | 22.50 |
| 3/17/2005 | King, Carol | Telephone call | with Dr. Kotula | 0.1 | $225.00 | $ | 22.50 |
| 3/21/2005 | King, Carol | Review documents | correspondence and pleadings; notes for meeting | 0.3 | $225.00 | $ | 67.50 |
| 3/22/2005 | King, Carol | Travel | to meeting with school attorney | 0.4 | $225.00 | $ | 90.00 |
| 3/22/2005 | King, Carol | Meeting out of office | conference with school attorney | 1 | $225.00 | $ | 225.00 |
| 3/24/2005 | King, Carol | Telephone call | with Missy | 0.2 | $225.00 | $ | 45.00 |
| 3/29/2005 | King, Carol | Telephone call | calls with Ms. Snow at Learning Prep and to Missy | 0.1 | $225.00 | $ | 22.50 |
| 3/30/2005 | King, Carol | Drafting | motions - Federal Court | 1 | $225.00 | $ | 225.00 |
| 3/30/2005 | King, Carol | Telephone call | with Ray Ripple | 0.4 | $225.00 | $ | 90.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/31/2005 | King, Carol | Prepare document | work on Motions -Fed Ct | 5.4 | $225.00 | $ | 1,215.00 |
| 3/31/2005 | King, Carol | Prepare document | begin settlement proposal | 0.2 | $225.00 | $ | 45.00 |
| 4/1/2005 | King, Carol | Meeting out of office | Pre-Trial Conference | 1.3 | $225.00 | $ | 292.50 |
| 4/4/2005 | King, Carol | Review documents | latest IEP | 0.3 | $225.00 | $ | 67.50 |
| 4/12/2005 | King, Carol | Telephone call | with Ray Ripple, review and draft correspondence and pleadings | 0.9 | $225.00 | $ | 202.50 |
| 4/12/2005 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ | 22.50 |
| 4/18/2005 | King, Carol | Drafting | correspondence | 1.2 | $225.00 | $ | 270.00 |
| 4/20/2005 | King, Carol | Drafting | correspondence; review reports, phone call with Ray Ripple; office visit with Missy and CJ | 3 | $225.00 | $ | 675.00 |
| 4/26/2005 | King, Carol | Telephone call | calls with Ray Ripple and Darlene Alt | 0.2 | $225.00 | $ | 45.00 |
| 4/29/2005 | King, Carol | Telephone call | calls with audiologists, Van Chase, Ray Ripple | 0.4 | $225.00 | $ | 90.00 |
| 4/29/2005 | King, Carol | Telephone call | with Lisa Martin | 0.2 | $225.00 | $ | 45.00 |
| 4/29/2005 | King, Carol | Telephone call | with Ray Ripple | 0.1 | $225.00 | $ | 22.50 |
| 5/2/2005 | King, Carol | Strategy conference | with Susan; phone call with Ray Ripple | 1 | $225.00 | $ | 225.00 |
| 5/2/2005 | King, Carol | Telephone call | with Edwards and Angell | 0.3 | $225.00 | $ | 67.50 |
| 5/2/2005 | King, Carol | Online research | | 3.3 | $225.00 | $ | 742.50 |
| 5/11/2005 | King, Carol | Drafting | pleadings | 0.5 | $225.00 | $ | 112.50 |
| 5/12/2005 | King, Carol | Drafting | pleadings | 3.1 | $225.00 | $ | 697.50 |
| 5/17/2005 | King, Carol | Research | drafting pleadings; case consult | 2.3 | $225.00 | $ | 517.50 |
| 5/19/2005 | King, Carol | Telephone call | with Ray Ripple; draft correspondence | 0.2 | $225.00 | $ | 45.00 |
| 5/19/2005 | King, Carol | Research | | 1.8 | $225.00 | $ | 405.00 |
| 5/19/2005 | King, Carol | Telephone call | with Andrea Kotula | 0.1 | $225.00 | $ | 22.50 |
| 5/20/2005 | King, Carol | Telephone call | with Ray Ripple; revise pleadings; draft correspondence | 0.6 | $225.00 | $ | 135.00 |
| 5/23/2005 | King, Carol | Drafting | pleadings | 1.7 | $225.00 | $ | 382.50 |
| 5/23/2005 | King, Carol | Prepare document | revise motion | 1.5 | $225.00 | $ | 337.50 |
| 5/23/2005 | King, Carol | Telephone call | with Ray Ripple on Motion | 0.1 | $225.00 | $ | 22.50 |
| 5/24/2005 | King, Carol | Prepare document | prepare case summary for co-counsel and conference | 3.5 | $225.00 | $ | 787.50 |
| 5/26/2005 | King, Carol | Conference | on settlement and related phone calls | 3.5 | $225.00 | $ | 787.50 |
| 6/1/2005 | King, Carol | Review and respond | to correspondence | 0.3 | $225.00 | $ | 67.50 |
| 6/29/2005 | King, Carol | Review and respond | to correspondence (0.8 hrs) | 0.4 | $225.00 | $ | 90.00 |
| 6/30/2005 | King, Carol | Telephone call | with Andrew Henneous | 0.1 | $225.00 | $ | 22.50 |
| 6/30/2005 | King, Carol | Telephone call | with Landmark | 0.1 | $225.00 | $ | 22.50 |
| 7/19/2005 | King, Carol | Research | | 0.2 | $225.00 | $ | 45.00 |
| 7/28/2005 | King, Carol | Review correspondence | and phone calls with attorneys | 0.2 | $225.00 | $ | 45.00 |
| 7/28/2005 | King, Carol | Telephone call | with Darlene Alt | 0.1 | $225.00 | $ | 22.50 |
| 7/28/2005 | King, Carol | Telephone call | with Andrew Henneous | 0.1 | $225.00 | $ | 22.50 |
| 8/10/2005 | King, Carol | Telephone call | with Missy and Atty Henneous | 0.2 | $225.00 | $ | 45.00 |
| 8/22/2005 | King, Carol | Drafting | correspondence | 0.3 | $225.00 | $ | 67.50 |
| 8/31/2005 | King, Carol | Review and respond | to correspondence | 0.1 | $225.00 | $ | 22.50 |
| 9/14/2005 | King, Carol | Telephone call | with Atty Henneous | 0.2 | $225.00 | $ | 45.00 |
| 9/20/2005 | King, Carol | Telephone call | with Darlene Alt, Missy | 0.2 | $225.00 | $ | 45.00 |
| 11/10/2005 | King, Carol | Appear in court | Federal Court appearance | 1.8 | $225.00 | $ | 405.00 |
| 11/10/2005 | King, Carol | Travel | to court and office | 1.5 | $225.00 | $ | 337.50 |
| 1/10/2006 | King, Carol | Telephone call | with court | 0.1 | $225.00 | $ | 22.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/10/2006 | King, Carol | Telephone call | several calls on case | 0.3 | $225.00 | $ | 67.50 |
| 1/10/2006 | King, Carol | Telephone call | with school's atty and Ray Ripple | 0.3 | $225.00 | $ | 67.50 |
| 1/11/2006 | King, Carol | Telephone call | with Andrew Henneous | 0.1 | $225.00 | $ | 22.50 |
| 1/24/2006 | King, Carol | Telephone call | with Dr. Osoweicki and attorney | 0.3 | $225.00 | $ | 67.50 |
| 1/26/2006 | King, Carol | Telephone call | calls with court and attorney | 0.3 | $225.00 | $ | 67.50 |
| 1/27/2006 | King, Carol | Telephone call | with Attorney | 0.1 | $225.00 | $ | 22.50 |
| 2/1/2006 | King, Carol | Phone conference | with Dr. Osoweicke | 0.5 | $225.00 | $ | 112.50 |
| 2/3/2006 | King, Carol | Review documents | settlement proposal | 0.5 | $225.00 | $ | 112.50 |
| 2/9/2006 | King, Carol | Draft letter | | 0.4 | $225.00 | $ | 90.00 |
| 2/13/2006 | King, Carol | Telephone call | with attorney | 0.1 | $225.00 | $ | 22.50 |
| 2/13/2006 | King, Carol | Telephone call | calls to client and attys re settlement | 0.3 | $225.00 | $ | 67.50 |
| 2/14/2006 | King, Carol | Appear in court | | 2 | $225.00 | $ | 450.00 |
| 4/26/2006 | King, Carol | Review | agreement; phone call with Missy; draft correspondence (0.3 hrs) | 0 | $225.00 | $ | - |
| 5/4/2006 | King, Carol | Drafting | correspondence | 0.1 | $225.00 | $ | 22.50 |
| 3/31/2005 | Salzberg, Susan | Review | review pleadings | 0.2 | $225.00 | $ | 45.00 |
| 5/2/2005 | Salzberg, Susan | Strategy conference | meeting to discuss strategic steps prior to conference call ( call didn't occur that morning) | 0.5 | $225.00 | $ | 112.50 |
| 5/2/2005 | Salzberg, Susan | Phone conference | phone confereence with outside counsel RI | 0.5 | $225.00 | $ | 112.50 |
| 5/5/2005 | Salzberg, Susan | Online research | research on prelim injunctions | 1.6 | $225.00 | $ | 360.00 |
| 5/5/2005 | Salzberg, Susan | Draft motion | drafting prelim injunction/ investigating file, research | 2.4 | $225.00 | $ | 540.00 |
| 5/6/2005 | Salzberg, Susan | Draft motion | drafting motion and reseacrch for memo in support of prelim injunc motion | 5 | $225.00 | $ | 1,125.00 |
| 5/10/2005 | Salzberg, Susan | Strategy conference | conference with Atty King re motion for prelim. Injunc | 0.5 | $225.00 | $ | 112.50 |
| 5/11/2005 | Salzberg, Susan | Draft memo | drafting memorandum | 1.5 | $225.00 | $ | 337.50 |
| 5/11/2005 | Salzberg, Susan | Research | researching case law for memorandum in support of motion | 2 | $225.00 | $ | 450.00 |
| 5/12/2005 | Salzberg, Susan | Draft memo | draft memorandum | 2.9 | $225.00 | $ | 652.50 |
| 5/13/2005 | Salzberg, Susan | Draft memo | drafting memo, incorporating affidavit language thoroughout | 3 | $225.00 | $ | 675.00 |
| 5/16/2005 | Salzberg, Susan | Draft memo | corrections/ research on memorandum, driving to and from law library, shepardizing all cases availbable on the service, attempting to look up cases on special ed service | 2.5 | $225.00 | $ | 562.50 |
| 5/17/2005 | Salzberg, Susan | Draft memo | Revisions on memorandum, meeting with Atty King on drafting revisions on memorandum | 3.8 | $225.00 | $ | 855.00 |
| 5/18/2005 | Salzberg, Susan | Prepare document | proofreading, revisions to memorandum, assembling exhibits, assembling fax to RI Attys , Atty Ray Ripple | 0.9 | $225.00 | $ | 202.50 |
| 5/24/2005 | Salzberg, Susan | Strategy conference | strategy meeting with atty king | 0.6 | $225.00 | $ | 135.00 |
| 11/17/2004 | Wallace, Ray | Strategy conference | with Atty King | 0.5 | $225.00 | $ | 112.50 |
| 3/7/2005 | Wallace, Ray | Strategy conference | with Atty King | 0.7 | $225.00 | $ | 157.50 |
| 3/7/2005 | Wallace, Ray | Review documents | Hearing Officer decision (for clarity of Order); conversation with Atty King | 0.4 | $225.00 | $ | 90.00 |
| 6/6/2006 | King, Carol | Prepare document | work on fee petition; review file and billings; consult with Atty Nebenzahl | 3.5 | $25.00 | $ | 87.50 |
| 6/7/2006 | King, Carol | Travel | | 0.5 | $175.00 | $ | 87.50 |
| 6/7/2006 | King, Carol | Conference | in Chambers re fee | 0.6 | $175.00 | $ | 105.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/7/2006 | King, Carol | Travel | to court | 0.8 | $175.00 | $ 140.00 |
| 6/7/2006 | King, Carol | | work on fee petition | 0.4 | $175.00 | $ 70.00 |
| 6/12/2006 | King, Carol | Telephone call | with several Rhode Island attorneys | 0.7 | $25.00 | $ 17.50 |
| 6/14/2006 | King, Carol | Review | local rule; draft continuance; calls to atty on fees; phone call with Andrew Henneous | 0.6 | $225.00 | $ 135.00 |
| 6/15/2006 | King, Carol | Drafting | Motion to Extend Time - telephone calls, file and serve (1.0) | 0.3 | $225.00 | $ 67.50 |
| 6/21/2006 | King, Carol | 10- Legal Research | research on fee petition | 3 | $225.00 | $ 675.00 |
| 6/22/2006 | King, Carol | 10- Legal Research | research on fee petition | 2 | $225.00 | $ 450.00 |
| 6/27/2006 | King, Carol | Telephone call | with local counsel | 0.2 | $225.00 | $ 45.00 |
| 6/27/2006 | King, Carol | Drafting | begin drafting affidavit | 4.1 | $225.00 | $ 922.50 |
| 6/27/2006 | King, Carol | Research | regarding fee petitions | 2.1 | $225.00 | $ 472.50 |
| 6/27/2006 | King, Carol | Telephone call | with Mark Dana, Esq.and draft corrspondence | 1.1 | $225.00 | $ 247.50 |
| 6/28/2006 | King, Carol | Drafting | continue work on affidavit | 6.1 | $225.00 | $ 1,372.50 |
| 6/28/2006 | King, Carol | Telephone call | with attorney Melish, draft correspondence | 0.8 | $225.00 | $ 180.00 |
| 6/29/2006 | King, Carol | Drafting | fee petition and attachments | 6.2 | $225.00 | $ 1,395.00 |
| 6/30/2006 | King, Carol | Drafting | complete fee petition | 2.1 | $225.00 | |
| | | | | $ 382.50 | | $ 84,635.00 |

| Expense Date | Employee | Expense Code | Expense Description | Amount | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| 8/10/2004 | King, Carol | Transcription | Transcript of Hearing on 7/15/04 | $266.50 | | |
| 12/29/2004 | King, Carol | Transcription | Copies of deposition transcripts | $642.50 | | |
| | | | | $909.00 | $ 909.00 | |