UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Bristol-Warren Regional School Committee )
)
vs. )
) Case No. 04-521 ML
Melissa DaSilva, as parent and next friend )
Of C.C.; alias The Rhode Island Board of )
Regents for Elementary and Secondary Education )
Education

***AFFIDAVIT OF MARK W. DANA***

I, Mark W. Dana, being of legal age and duly sworn, say and depose as follows:

1. I am an attorney at law. I was admitted to the Rhode Island Bar in 1989. I am also admitted to practice in the Commonwealth of Massachusetts and in the Federal Courts.

2. Since 1992, I have been representing parents in special education cases as a part of my practice. I exclusively represent parents in these matters.

3. My hourly rate is $325.00 for all aspects of my representation in these cases. Due to the factual and legal complexity of special education, it is not an area of law customarily undertaken by other members of the bar. I am one of only a few Rhode Island attorneys I know who practice in this area of law.

4. I believe that the hourly rate of $225.00 sought by the parent's counsel in this case are quite reasonable and below market rates in Rhode Island for attorneys of comparable experience and skill.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY OF 28 JUNE 2006.

[signature]
MARK W. DANA, ESQUIRE

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn before me on this 28th day of June, 2006.

Amanda Hoard
Notary Public
My Comm. Expires: 3/17/09