UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Bristol-Warren Regional School Committee | ) | |
| v. | ) | Case No. 04-521 ML |
| Melissa DaSilva, as parent and next friend | ) | |
| Of C.C.; alias The Rhode Island Board of | ) | |
| Regents for Elementary and Secondary | ) | |
| Education | | |

AFFIDAVIT OF H. JEFFERSON MELISH

I, H. Jefferson Melish, being of legal age and duly sworn, say and depose as follows:

1. I have been a practicing attorney at law in Rhode Island Bar since 1984. Early in my career, I spent 10 years as a Hearing Officer in special education due process hearings. At that point, I was asked to choose between acting as a Hearing Officer and representing clients in such cases. I decided to advocate on behalf of parents. Although I currently have a general practice, I concentrate on issues involving families and children, such as special education, matters involving the Department of Children, Youth, and Families, juvenile law, custody cases, and family law.

2. My hourly rate is $200.00. I believe that the hourly rate of $225.00 sought by the parent's counsel in this case is reasonable and consistent with market rates in Rhode Island for attorneys of comparable experience and skill.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF JUNE, 2006.**

H. Jefferson Melish