UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRISTOL WARREN REGIONAL SCHOOL COMMITTEE<br>Plaintiff<br>v.<br>MELISSA DaSILVA, as parent and next friend of C.C., alias; THE RHODE ISLAND BOARD OF REGENTS FOR ELEMENTARY AND SECONDARY EDUCATION<br>Defendants | ) | C.A. No. 04 -521 ML |

STIPULATION

The undersigned parties hereby agree and stipulate as follows:

1. The Bristol Warren Regional School Committee may have up through and until Monday, July 17, 2006 to file an Objection to Melissa DaSilva's Petition for Attorneys' Fees and Costs and any accompanying Memorandum of Law and/or Affidavits

Attorney for Melissa DaSilva, as Parent and next friend of C.C. alias

Carol King (w/permission by ADH)

Carol King, Esq. #5344
Wallace Law Office, P.C.
One Post Office Square
Sharon, Mass. 02067
(781) 793-0575

Attorney for Bristol Warren Regional School Committee

Andrew D. Henneous, Esq. #5935
Brennan Recupero Cascione Scungio & McAllister, LLP
362 Broadway
Providence, RI 0 2909
(401) 453-2300

Enter:
Mary M. Lisi
ws&J 7/11/06