**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Bristol Warren Regional School Committee** | : | |
| | : | |
| **vs** | : | **Case No. 04-521ML** |
| | : | |
| **Melissa DaSilva, as parent and next friend** | : | |
| **of C.C.** | : | |

# AFFIDAVIT OF MARY ANN F. CARROLL

Now comes Mary Ann F. Carroll, Esq., who after being duly sworn states under oath as follows:

1. That I am a duly licensed, practicing attorney in good standing in the State of Rhode Island and before the Federal District Court for the District of Rhode Island.

2. Prior to becoming a practicing attorney, I served for thirty years as a public school teacher, school administrator, and superintendent of schools and two years as an educator is a private school in the state of Rhode Island serving behaviorally disordered boys.

3. Since becoming an attorney in 2002, I have a general practice of law spending approximately 60% of my time on issues relating to special education. I have tried many due process cases in the last 4 years.

4. I represent several school districts in Rhode Island and I also represent several parents on behalf of their children. I presently represent parents in Burrillville, Glocester, Lincoln, Warwick, North Kingstown, Newport, Cranston, Cumberland, and the Beacon Charter School. My present hourly rate to parents is $175. I have initiated many due process hearings on behalf of parents and I have defended many due process hearings through my representation of school districts.

5. In the fall of 2005 I represented the parents on behalf of their child in a due process case that was comparable to the above referenced case. The hearings for this case lasted five (5) days and there were several independent evaluations that needed to be reviewed and numerous expert witnesses that needed to be interviewed in preparation for hearing. The total number of hours spent on the case through the conclusion of the due process hearing was 124.8 hours with 2.25 hours spent to prepare the due process request, 12 hours to research and write a 19 page pre-trial brief and 28 hours to review the transcript and write a 45 page post trial memo. Additionally, I prepared a lengthy exhibit book which I prepare for all of my due process cases. The case required and received an extensive preparation and review. It was a typical case where the parents were requesting an out of district placement because the school district had failed to provide their child with a free appropriate public education.

6. In reviewing the invoice from Attorney Carol King I find the number of hours spent on the above referenced case to be excessive. Ms. King is asking to be paid for approximately 235 hours of work on a due process case that was heard in approximately 15 ½ hours and where the parent presented five witnesses. Furthermore, if I compare her invoice to my invoice for a comparable case she is charging for 150% to 190% of the hours that I charge. For example she took 40 hours for her post trial transcript review and brief, and took 4 hours to prepare her due process request.

7. Although Attorney King states "that the number of hours required in this case exceeded the number of hours of work required by most cases" Petition for Attorney Fees and Costs p 5, after reviewing the record of this case, I do not believe that it is any more difficult nor is it any more involved than most cases that eventually end in a due process hearing. Most of my cases involve an issue where the school district is not providing a FAPE and the parents are requesting an out of district placement. I have represented many parents who were looking for either a day placement or a residential placement. All of these cases require work with independent evaluators and a close analysis of independent evaluations.

8. In reviewing all of the documentation especially the last page of the Parent and Student's Closing Brief it is clear that the parent's main request was an out of district placement. The parent and student did not prevail on their main issue and therefore, should not be awarded attorney fees.

Mary Ann Carroll, Esq

Subscribed and sworn to before me this 14th day of July, 2006.

Notary Public
My commission expires: 2/1/10