**DaSilva/ Connors**

| Date Worked | Employee | Work Code | Work Description | Billable Hours | Billing Rate | Value |
|---|---|---|---|---|---|---|
| 1/30/2004 | King, Carol | Meeting out of office | (3.0) | 0 | $225.00 | $ - |
| 1/30/2004 | King, Carol | Review documents | part of records | 2.5 | $225.00 | $ 562.50 |
| 2/2/2004 | King, Carol | Drafting | correspondence | 0.2 | $225.00 | $ 45.00 |
| 2/2/2004 | King, Carol | Research | schools and truancy court | 0.5 | $225.00 | $ 112.50 |
| 2/2/2004 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ 22.50 |
| 2/2/2004 | King, Carol | Meeting out of office | w/ Director of East Bay Collaborative | 0.5 | $225.00 | $ 112.50 |
| 2/3/2004 | King, Carol | Telephone call | with ed consultant | 0.2 | $225.00 | $ 45.00 |
| 2/9/2004 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ 22.50 |
| 2/11/2004 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ 22.50 |
| 2/12/2004 | King, Carol | Appear in court | | 1.5 | $225.00 | $ 337.50 |
| 2/19/2004 | King, Carol | Drafting | correspondence | 0.5 | $225.00 | $ 112.50 |
| 2/19/2004 | King, Carol | Analyze documents | court file | 2 | $225.00 | $ 450.00 |
| 2/20/2004 | King, Carol | Case Consult | with Joel Ristuccia | 0.2 | $225.00 | $ 45.00 |
| 2/24/2004 | King, Carol | Research | on juvenile court proceedings | 0.8 | $225.00 | $ 180.00 |
| 2/24/2004 | King, Carol | Telephone call | with Marcie L | 0.2 | $225.00 | $ 45.00 |
| 2/24/2004 | King, Carol | Telephone call | with magistrate | 0.1 | $225.00 | $ 22.50 |
| 2/25/2004 | King, Carol | Telephone call | with Missy | 0.3 | $225.00 | $ 67.50 |
| 2/26/2004 | King, Carol | Prepare for court | prepare testimony for truancy court | 0.2 | $225.00 | $ 45.00 |
| 3/8/2004 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ 22.50 |
| 3/8/2004 | King, Carol | Telephone call | with Missy | 0.1 | $225.00 | $ 22.50 |
| 3/8/2004 | King, Carol | Telephone call | with Joel Ristuccia | 0.3 | $225.00 | $ 67.50 |
| 3/9/2004 | King, Carol | Office visit | two conferences with clients | 2.4 | $225.00 | $ 540.00 |
| 3/9/2004 | King, Carol | Prepare for court | | 0.4 | $225.00 | $ 90.00 |
| 3/11/2004 | King, Carol | Prepare for court | and draft pleadings | 3 | $225.00 | $ 675.00 |
| 3/18/2004 | King, Carol | Telephone call | with school attorney | 0.3 | $225.00 | $ 67.50 |
| 3/18/2004 | King, Carol | Telephone call | with Marcie | 0.1 | $225.00 | $ 22.50 |
| 3/18/2004 | King, Carol | Prepare correspondence | | 0.1 | $225.00 | $ 22.50 |
| 3/18/2004 | King, Carol | Telephone call | calls with Missy, consultant and attorney | 0.4 | $225.00 | $ 90.00 |
| 3/22/2004 | King, Carol | Telephone call | with attorney and review correspondence | 0.4 | $225.00 | $ 90.00 |
| 3/22/2004 | King, Carol | Telephone call | with school atty | 0.1 | $225.00 | $ 22.50 |
| 3/23/2004 | King, Carol | Telephone call | with Joel Ristuccia | 0.1 | $225.00 | $ 22.50 |
| 3/23/2004 | King, Carol | Telephone call | with Dr. Doucette and Marcie | 0.9 | $225.00 | $ 202.50 |
| 3/24/2004 | King, Carol | Review documents | policies, draft correspondence | 1 | $225.00 | $ 225.00 |
| 4/1/2004 | King, Carol | Telephone call | with Joel Ristuccia | 0.1 | $225.00 | $ 22.50 |
| 4/2/2004 | King, Carol | Telephone call | calls with Marcie and CJ | 0.1 | $225.00 | $ 22.50 |
| 4/6/2004 | King, Carol | Telephone call | with court, school atty, draft pleadings | 0.4 | $225.00 | $ 90.00 |
| 4/7/2004 | King, Carol | Appear in court | to court to continue case | 1 | $225.00 | $ 225.00 |
| 4/8/2004 | King, Carol | Conference | with Joel Ristuccia | 1 | $225.00 | $ 225.00 |
| 5/4/2004 | King, Carol | Drafting | hearing request | 4 | $225.00 | $ 900.00 |
| 5/4/2004 | King, Carol | Review file | for missing documents | 0.7 | $225.00 | $ 157.50 |
| 5/6/2004 | King, Carol | Prepare for court | | 2 | $225.00 | $ 450.00 |
| 5/7/2004 | King, Carol | Appear in court | | 3.8 | $225.00 | $ 855.00 |
| 5/8/2004 | King, Carol | Meeting out of office | with client (2.5) | 1 | $225.00 | $ 225.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/10/2004 | King, Carol | Review documents | proposed IEP | 0.3 | $225.00 | $ | 67.50 |
| 5/11/2004 | King, Carol | Telephone call | with school attorney | 0.3 | $225.00 | $ | 67.50 |
| 5/11/2004 | King, Carol | Telephone call | with Attorney Henneous | 0.1 | $225.00 | $ | 22.50 |
| 5/12/2004 | King, Carol | Analyze documents | and draft correspondence | 0.5 | $225.00 | $ | 112.50 |
| 5/13/2004 | King, Carol | Prepare for court | testimony, exhibits | 2 | $225.00 | $ | 450.00 |
| 5/14/2004 | King, Carol | Appear in court | | 4 | $225.00 | $ | 900.00 |
| 5/18/2004 | King, Carol | Review file | review tape of IEP meeting | 0.5 | $225.00 | $ | 112.50 |
| 5/18/2004 | King, Carol | Telephone call | with Joel Ristuccia | 0.2 | $225.00 | $ | 45.00 |
| 5/19/2004 | King, Carol | Telephone call | from the Hearing Officer | 0.1 | $225.00 | $ | 22.50 |
| 5/20/2004 | King, Carol | Telephone call | to Hearing Officer | 0.1 | $225.00 | $ | 22.50 |
| 5/25/2004 | King, Carol | Telephone call | with Marcie L. | 0.1 | $225.00 | $ | 22.50 |
| 5/26/2004 | King, Carol | Office visit | with Joel Ristuccia | 0.5 | $225.00 | $ | 112.50 |
| 5/26/2004 | King, Carol | Online research | | 0.8 | $225.00 | $ | 180.00 |
| 5/26/2004 | King, Carol | Telephone call | with client | 0.1 | $225.00 | $ | 22.50 |
| 6/7/2004 | King, Carol | Telephone call | with Hearing Officer | 0.1 | $225.00 | $ | 22.50 |
| 6/9/2004 | King, Carol | Pre-hearing conference | analyze records, make phone calls (6.5) | 5.5 | $225.00 | $ | 1,237.50 |
| 6/10/2004 | King, Carol | Online research | (2.5) | 1 | $225.00 | $ | 225.00 |
| 6/10/2004 | King, Carol | Drafting | correspondence and call with attorney | 0.5 | $225.00 | $ | 112.50 |
| 6/15/2004 | King, Carol | Telephone call | w/ Joe R., Andrea Kotula; draft corr; review records | 2.5 | $225.00 | $ | 562.50 |
| 6/22/2004 | King, Carol | Attendance at meeting | Attend prehearing; visit school | 4.5 | $225.00 | $ | 1,012.50 |
| 6/23/2004 | King, Carol | Telephone call | w/ Joel Ristuccia | 0.4 | $225.00 | $ | 90.00 |
| 6/24/2004 | King, Carol | Prepare chronology | Trail prep chronology | 1.5 | $225.00 | $ | 337.50 |
| 6/25/2004 | King, Carol | Telephone call | w/ educational specialist | 0.3 | $225.00 | $ | 67.50 |
| 6/25/2004 | King, Carol | Prepare for court | Trial prep | 1.6 | $225.00 | $ | 360.00 |
| 6/25/2004 | King, Carol | Telephone call | w/ Missy | 0.1 | $225.00 | $ | 22.50 |
| 6/28/2004 | King, Carol | Prepare for hearing | Hearing prep | 0.5 | $225.00 | $ | 112.50 |
| 6/28/2004 | King, Carol | Telephone call | w. Andrew Henneous | 0.1 | $225.00 | $ | 22.50 |
| 6/28/2004 | King, Carol | Review records | review and copy records for eval | 3.7 | $225.00 | $ | 832.50 |
| 6/29/2004 | King, Carol | Telephone call | with Amy Tabor | 0.8 | $225.00 | $ | 180.00 |
| 6/29/2004 | King, Carol | Telephone call | with Missy DaSilva | 0.2 | $225.00 | $ | 45.00 |
| 6/29/2004 | King, Carol | Drafting | correspondence | 1 | $225.00 | $ | 225.00 |
| 6/29/2004 | King, Carol | Telephone call | w/ Sandy Jacobi | 0.8 | $225.00 | $ | 180.00 |
| 6/30/2004 | King, Carol | Research | | 0.8 | $225.00 | $ | 180.00 |
| 6/30/2004 | King, Carol | Telephone call | calls to schools and witness | 0.5 | $225.00 | $ | 112.50 |
| 7/1/2004 | King, Carol | Telephone call | with Dr. Lubiner, notes to file | 1 | $225.00 | $ | 225.00 |
| 7/1/2004 | King, Carol | Meeting out of office | with Joel Ristuccia and C.J. | 0.2 | $225.00 | $ | 45.00 |
| 7/2/2004 | King, Carol | Prepare for court | and exhibit prep | 2.5 | $225.00 | $ | 562.50 |
| 7/6/2004 | King, Carol | Prepare for | prepare exhibits | 2.3 | $225.00 | $ | 517.50 |
| 7/6/2004 | King, Carol | Telephone call | with Dr. Reich at Riverview school | 0.3 | $225.00 | $ | 67.50 |
| 7/6/2004 | King, Carol | Prepare for | prepare testimony | 0.5 | $225.00 | $ | 112.50 |
| 7/6/2004 | King, Carol | Online research | Online Legal Research | 1.2 | $225.00 | $ | 270.00 |
| 7/9/2004 | King, Carol | Hearing Prep | testimony | 2.7 | $225.00 | $ | 607.50 |
| 7/11/2004 | King, Carol | Prepare for | trial prep-closing; CJ direct | 3 | $225.00 | $ | 675.00 |
| 7/12/2004 | King, Carol | Telephone call | with Dr. Pambookian | 0.4 | $225.00 | $ | 90.00 |
| 7/12/2004 | King, Carol | Prepare document | prepare testimony-CJ | 3 | $225.00 | $ | 675.00 |