| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/10/2006 | King, Carol | Telephone call | several calls on case | 0.3 | $225.00 | $ | 67.50 |
| 1/10/2006 | King, Carol | Telephone call | with school's atty and Ray Ripple | 0.3 | $225.00 | $ | 67.50 |
| 1/11/2006 | King, Carol | Telephone call | with Andrew Henneous | 0.1 | $225.00 | $ | 22.50 |
| 1/24/2006 | King, Carol | Telephone call | with Dr. Osoweicki and attorney | 0.3 | $225.00 | $ | 67.50 |
| 1/26/2006 | King, Carol | Telephone call | calls with court and attorney | 0.3 | $225.00 | $ | 67.50 |
| 1/27/2006 | King, Carol | Telephone call | with Attorney | 0.1 | $225.00 | $ | 22.50 |
| 2/1/2006 | King, Carol | Phone conference | with Dr. Osoweicke | 0.5 | $225.00 | $ | 112.50 |
| 2/3/2006 | King, Carol | Review documents | settlement proposal | 0.5 | $225.00 | $ | 112.50 |
| 2/9/2006 | King, Carol | Draft letter | | 0.4 | $225.00 | $ | 90.00 |
| 2/13/2006 | King, Carol | Telephone call | with attorney | 0.1 | $225.00 | $ | 22.50 |
| 2/13/2006 | King, Carol | Telephone call | calls to client and attys re settlement | 0.3 | $225.00 | $ | 67.50 |
| 2/14/2006 | King, Carol | Appear in court | | 2 | $225.00 | $ | 450.00 |
| 4/26/2006 | King, Carol | Review | agreement; phone call with Missy; draft correspondence (0.3 hrs) | 0 | $225.00 | $ | - |
| 5/4/2006 | King, Carol | Drafting | correspondence | 0.1 | $225.00 | $ | 22.50 |
| 3/31/2005 | Salzberg, Susan | Review | review pleadings | 0.2 | $225.00 | $ | 45.00 |
| 5/2/2005 | Salzberg, Susan | Strategy conference | meeting to discuss strategic steps prior to conference call ( call didn't occur that morning) | 0.5 | $225.00 | $ | 112.50 |
| 5/2/2005 | Salzberg, Susan | Phone conference | phone confereence with outside counsel RI | 0.5 | $225.00 | $ | 112.50 |
| 5/5/2005 | Salzberg, Susan | Online research | research on prelim injunctions | 1.6 | $225.00 | $ | 360.00 |
| 5/5/2005 | Salzberg, Susan | Draft motion | drafting prelim injunction/ investigating file, research | 2.4 | $225.00 | $ | 540.00 |
| 5/6/2005 | Salzberg, Susan | Draft motion | drafting motion and reseacrch for memo in support of prelim injunc motion | 5 | $225.00 | $ | 1,125.00 |
| 5/10/2005 | Salzberg, Susan | Strategy conference | conference with Atty King re motion for prelim. Injunc | 0.5 | $225.00 | $ | 112.50 |
| 5/11/2005 | Salzberg, Susan | Draft memo | drafting memorandum | 1.5 | $225.00 | $ | 337.50 |
| 5/11/2005 | Salzberg, Susan | Research | researching case law for memorandum in support of motion | 2 | $225.00 | $ | 450.00 |
| 5/12/2005 | Salzberg, Susan | Draft memo | draft memorandum | 2.9 | $225.00 | $ | 652.50 |
| 5/13/2005 | Salzberg, Susan | Draft memo | drafting memo, incorporating affidavit language thoroughout | 3 | $225.00 | $ | 675.00 |
| 5/16/2005 | Salzberg, Susan | Draft memo | corrections/ research on memorandum, driving to and from law library, shepardizing all cases availbable on the service, attempting to look up cases on special ed service | 2.5 | $225.00 | $ | 562.50 |
| 5/17/2005 | Salzberg, Susan | Draft memo | Revisions on memorandum, meeting with Atty King on drafting revisions on memorandum | 3.8 | $225.00 | $ | 855.00 |
| 5/18/2005 | Salzberg, Susan | Prepare document | proofreading, revisions to memorandum, assembling exhibits, assembling fax to RI Attys , Atty Ray Ripple | 0.9 | $225.00 | $ | 202.50 |
| 5/24/2005 | Salzberg, Susan | Strategy conference | strategy meeting with atty king | 0.6 | $225.00 | $ | 135.00 |
| 11/17/2004 | Wallace, Ray | Strategy conference | with Atty King | 0.5 | $225.00 | $ | 112.50 |
| 3/7/2005 | Wallace, Ray | Strategy conference | with Atty King | 0.7 | $225.00 | $ | 157.50 |
| 3/7/2005 | Wallace, Ray | Review documents | Hearing Officer decision (for clarity of Order); conversation with Atty King | 0.4 | $225.00 | $ | 90.00 |
| 6/6/2006 | King, Carol | Prepare document | work on fee petition; review file and billings; consult with Atty Nebenzahl | 3.5 | $25.00 | $ | 87.50 |
| 6/7/2006 | King, Carol | Travel | | 0.5 | $175.00 | $ | 87.50 |
| 6/7/2006 | King, Carol | Conference | in Chambers re fee | 0.6 | $175.00 | $ | 105.00 |