# TABLE OF AUTHORITIES

## Federal Regulation

A. 34 C.F.R. Part 300.513

## State Regulation

B. Rhode Island Board of Regents for Elementary and Secondary Education Regulations Governing the Education of Children with Disabilities Section 300.513

## Case Law

C. Grendel's Den, Inc. v. Larkin, 749 F.2d 945 (1st Cir. 1984)

D. Kathleen H. v. Massachusetts Department of Education, 154 F.3d 8 (1st Cir. 1998)

E. Linda T. v. Rice Lake Area School District, 417 F.3d 704 (7th Cir. 2005)

F. Saizan v. Delta Concrete Products Company, Inc., 448 F.3d 795 (5th Cir. 2006)