UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRISTOL WARREN REGIONAL SCHOOL COMMITTEE,

Plaintiff,

Vs. C.A. No.: 04-521 ML

MELISSA DaSILVA, as Parent and Next Friend of C.C., Alias; THE RHODE ISLAND BOARD OF REGENTS FOR ELEMENTARY AND SECONDARY EDUCATION,

Defendants.

**STIPULATION**

The undersigned parties hereby agree and stipulate as follows:

1. That attached hereto and incorporated herein as Exhibit A is a true and accurate copy of a Settlement Agreement which has been reached between the parties as a result of several Mandatory Settlement Conferences before Magistrate Lovegreen.

2. That said Settlement agreement resolves all issues in the above litigation with the exception of Attorney King's claim for attorney fees and costs and any and all of the Bristol-Warren Regional School Department's defenses and arguments related thereto.

Defendant
By her Attorney

/s/ Carol J. King
Wallace Law Office, P.C.
One Post Office Square
Sharon, MA 02067
(781) 793-0575 Phone
(888) 737-0575 Fax

Plaintiff
By its Attorney

/s/ Andrew Henneous, Esq. #5935
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300 Phone
(401) 453-2345 Fax

Defendant,
By her Attorney

/s/ Darlene Alt, Esq., #6345
Edwards and Angell
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200 Phone
(888) 325-9045 Fax

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above Stipulation was mailed via first class mail, postage prepaid, to the below listed parties on this the 25th day of May, 2006:

Carol King, Esq.
Wallace Law Office
One Post Office Square
Sharon, MA 02067

Darlene Alt, Esq.
Edwards and Angell
2800 Financial Plaza
Providence, RI 02903

/s/ Leslie A. Ormonde