**EXHIBIT A**

SETTLEMENT AGREEMENT

THE PARTIES HEREBY AGREE AS FOLLOWS:

1. That CJ is currently placed at the East Bay Career Academy;

2. That CJ's current placement at the East Bay Career Academy is appropriate;

3. That the services of an independent evaluator to evaluate CJ's current and subsequent reading level shall be retained and paid for by the School District;

4. That said evaluator is Dana M. Osowiecki, Ph.D., Clinical Child Neuropsychologist, 339 Angell Street, Providence, RI 02909;

5. That at the conclusion of the 2005/2006 school year, Dr. Osowiecki shall evaluate CJ's reading levels and progress over the 2005/2006 school year and report said findings to both parties;

6. That at the conclusion of the 2006/2007 school year Dr. Osowiecki will again evaluate CJ's reading levels and report the findings to both parties;

7. That upon CJ's graduation from the East Bay Career Academy, Dr. Osowiecki will perform a final evaluation on CJ's reading skills. If Dr. Osowiecki believes at any point in time that input from a reading specialist would be appropriate, the parties agree to allow Dr. Osowiecki to consult said specialist and utilize his or her opinion as she deems appropriate;

8. That if, upon graduation, Dr. Osowiecki believes that CJ has made appropriate progress in the area of reading, given his disabilities, then the Bristol-Warren Regional School Department shall not be liable for any compensatory services and that CJ and his parents shall waive any such claim;

9. That if, upon graduation, Dr. Osowiecki determines that CJ has not made appropriate progress, then the Bristol-Warren Regional School Department shall be liable to provide up to 180 hours of compensatory services to CJ until such time as Dr. Osowiecki believes he has made the appropriate progress he should have made prior to graduation. To the extent compensatory services are required, the 180 hours of compensatory

services must be completed within three (3) years from the date of CJ's graduation from High School;

10. In the event that compensatory services are necessary, and CJ refuses to, or does not participate in the scheduled services, then those service hours shall be considered as provided and shall be deducted from the 180 hours;

11. That paragraphs 6 through 10 are contingent upon CJ regularly attending school, behaving appropriately, and continuing to make reasonable efforts to achieve academic success;

12. That in the event that CJ does not regularly attend school, maintain good behavior, or continue to use his best efforts to make academic progress and/or if CJ drops out of school, that the Bristol-Warren Regional School Department shall not be liable for any compensatory services; and

13. That this agreement resolves all issues in the above-entitled litigation with the exception of Attorney King's claim for attorneys fees and costs and any and all of the Bristol-Warren Regional School Department's defenses and arguments related thereto.

Bristol Warren Regional School
Committee
By its Attorney,

/s/ Andrew D. Henneous, Esq., #5935
Brennan, Recupero, Cascione,
Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
(401) 453-2300 Phone
(401) 453-2345 Fax

Melissa DaSilva and
Christopher Connors
By their Attorney,

/s/ Carol J. King, Esq.
Wallace Law Office, PC
One Post Office Square
Sharon, MA 02067
(781) 793-0575 Phone
(781) 793-6000 Fax