UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BRISTOL WARREN REGIONAL
SCHOOL COMMITTEE

v.  C.A. 04-521ML

MELISSA DASILVA, AS PARENT AND
next friend of C.C., alias, THE RHODE ISLAND
BOARD OF REGENTS FOR ELEMENTARY
AND SECONDARY EDUCATION

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin filed on March 2, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Defendant's, Melissa DaSilva, as parent and next friend of C.C., alias, Motion for Attorney's Fees is GRANTED.

BY ORDER:

*[signature]*
Mary M. Lisi
Chief U.S. District Judge
March 27, 2007

Entered as an Order of this Court on March 27, 2007

*[signature]*
Deputy Clerk