UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**BRISTOL WARREN REGIONAL SCHOOL COMMITTEE**

**VS.** **C.A. NO. 04-521ML**

**MELISSA DASILVA, as parent and next friend of C.C**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Melissa DaSilva, as parent and next friend of C.C., alias, against the plaintiff, Bristol Warren Regional School Committee, pursuant to the Order dated March 27, 2007 GRANTING defendant's Motion for Attorney's Fees. Defendant is awarded attorney's fees in the amount of $21,802.50 plus costs in the amount of $909.00.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: April 12, 2007